65 A.3d 914

**LANCASTER COUNTY, Respondent**

v.

**PENNSYLVANIA LABOR RELATIONS BOARD, Petitioner.**

**AFSCME District Council 89, Intervenor.**

Supreme Court of Pennsylvania.

April 30, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Board interpret the Public Employee Relations Act in a clearly erroneous manner by concluding that prison maintenance employees who supervise inmates on prison grounds outside the prison walls are prison guards for purposes of bargaining unit placement under the Act?